UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| ZACHARY TAYLOR, | ) |
| | ) |
| PLANITFF, | )            RGJ |
| | ) CASE NO. 3:15-CV-00775-~~DJH~~-CHL |
| V. | ) *Electronically Filed* |
| | ) |
| WELTMAN, WEINBERG & REIS, CO., | ) |
| | ) |
| AND | ) |
| | ) |
| BOSTON PORTFOLIO ADVISORS, INC., | ) |
| | ) |
| DEFENDANTS. | ) |
| | ) |

## JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

**IT IS HEREBY ORDERED THAT** the above-referenced action be and hereby is **DISMISSED WITH PREDJUDICE** with respect to all parties, stricken from the Court's docket with each party to be responsible for his or its own costs.

**SO ORDERED.**

HAVING SEEN AND AGREED:

/s/ Marque G. Carey, Attorney
Marque G. Carey, Attorney
222 So. 1st St. Ste. 305
Louisville, KY 40202
marquecareyattorney@gmail.com
502-631-9760
*Counsel for Plaintiff*

/s/ Jordan M. White (with permission)
Gregory S. Berman
gberman@wyattfirm.com
Jordan M. White
jwhite@wyattfirm.com
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, KY 40202
502.589.5235
*Counsel for Defendant*